# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, in its Capacity as Liquidating Agent of ENSIGN FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>ALI A. MORADASHI, an individual; ISAAC NORMAN, an individual; HAMID MAHBAN, an individual, DOES I-X, and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.: 2:10-cv-01703-RLH-PAL<br><br>**J U D G M E N T** |

Having granted Plaintiff's Motion for Partial Summary Judgment in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of

the National Credit Union Administration Board, in its Capacity as Liquidating Agent of Ensign

Federal Credit Union, and against Defendants Ali A. Moradashi, Isaac Norman, Hamid Mahban

jointly and severally as follows:

- A deficiency of $682,983.82; additional interest accruing at the contractual rate of 9.51% per annum on the outstanding balance until paid in full;
- Legal fees and costs in the amount of $37,605.21; and
- Loan collection fees in the amount of $46,594.82.

Dated: May 7, 2012.

ROGER L. HUNT
United States District Judge

AO 72
(Rev. 8/82)

1